

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-19-00286-CR

EX PARTE JOSHUA COOK

§ On Appeal from the 30th District Court

§ of Wichita County (189,591-C)

§ November 27, 2019

§ Opinion by Justice Bassel

§ (nfp)

## JUDGMENT

This court has considered the record on appeal in this case and holds that the appeal should be dismissed. It is ordered that the appeal is dismissed as moot.

SECOND DISTRICT COURT OF APPEALS

By  /s/ Dabney Bassel
          Justice Dabney Bassel